784

■ In the Matter of the Claim of FRANCES WASYLUK, Respondent, against WEBB & KNAPP, INC., et al., Appellants, and EQUITABLE OFFICE BLDG. CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue and file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWTON GAVIN, SR., Appellant.— Application for an extension of time within which to perfect appeal. Application granted and time is extended until August 1, 1960. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of HAROLD WIDRO. GOODYEAR ALUMINUM PRODUCTS, INC.— Motion for a stay granted, without costs, upon condition that the appellant perfect his appeal on or before April 25, 1960 and is ready for argument at the May Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ HOWARD A. LA ROSE et al., Respondents, v. KALMAN BACKER et al., Appellants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. The transcript of the testimony has been filed with this court as indicated in the answering affidavit, but such filing does not dispense with the necessity of settlement of the complete record and of compliance with rule VII of the Rules of the Appellate Division, Third Department, generally. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ HAROLD STILES, by His Guardian ad Litem RALPH STILES, et al., Respondents, v. WILLIAM CADDICK et al., Appellants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ HELEN A. HODGE et al., Plaintiffs, v. CITY OF WATERVLIET, Defendant. — Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of THEODORE P. FEURY, as Executor of GEORGE H. CLARK, Deceased, Respondent, against NEW YORK STATE TAX COMMISSION, Appellant.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MICHAEL LONGO, Appellant, v. SHAKER HEIGHTS DEVELOPMENT, INC., Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ RICHARD L. VINING, Appellant, v. MARSTON LA FRANCE et al., Respondents.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ ROBERT TRUDEAU, Appellant, v. PLATTSBURGH PUBLISHING COMPANY, INC., Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and

brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ HENRI RETHIER et al., Respondents, v. HAL C. PURDY et al., Appellants.— Motions to dismiss appeals granted without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before April 19, 1960 and are ready for argument at the May Term of this court, in which event the motions are denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of HYMAN WOLFSON, Petitioner, against STATE EDUCATION DEPARTMENT, DIVISION OF PROFESSIONAL EDUCATION, UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion by the New York State Society of Certified Public Accountants for permission to file a brief *amicus curiæ* granted. Application for permission to argue orally denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of ISAAC SILBERMAN, on Behalf of Himself and All Other Persons Similarly Situated, Appellant, against LUIS DE HOYOS et al., Constituting the Board of Trustees of the Village of Monticello, Respondents.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before April 19, 1960 and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of NICOLA BALLARO, Appellant, against NICOLA SHOE REPAIR CORPORATION et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOSEPH BENOSKI, Respondent-Appellant, against JOSEPH A. BEZIO, Appellant-Respondent, and HARTFORD ACCIDENT AND INDEMNITY Co., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of MARGIT BOMGREN, Appellant, against GENERAL ELECTRIC COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of VIVIAN FULLER, Appellant, against NEW YORK TELEPHONE COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of PETER MONTALBANO, Appellant, against CAMPISI & MONTALBANO, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JOSEPHINE L. STACY, Appellant, against STROMBERG CARLSON COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of NORMAN TRIGG, Appellant, against NORMAN TRIGG, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of MYLES M. ZWEIFLER, Appellant, against VICTORY CONTAINER CORP. et al., Respondents. WORKMEN'S COMPENSATION